131 A.3d 986

**Harry DARBY, Appellant**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Harry Darby, Frackville, pro se.

John Jason Talaber, Barbara L. Christie, Pennsylvania Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation & Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.